UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JOHN WILFRED RAMIREZ**                                      CASE NO. **10-01605-BKC-3G7**
**ELIZABETH ANN RAMIREZ**

_____ **Debtors.** _____

## TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2000 Nissan Frontier truck, VIN - 1N6DD26S2YC348917, and 1/2 undivided interest in real property at 7647 Del Road, Jacksonville, Florida, for the total sum of $4,800.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October __7__, 2011.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October __7__, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JOHN WILFRED RAMIREZ**                                    CASE NO. **10-01605-BKC-3G7**
**ELIZABETH ANN RAMIREZ**

_____ **Debtors.**_____

**CERTIFICATE OF SERVICE OF TRUSTEE'S**
**NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify that on October ___7__, 2011, a copy of Trustee's Notice of Intent to Sell at Private

was mailed by using the CM/ECF system which will send a notice of the electronic filing to

CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants

as listed on the attached matrix.

**Gregory K. Crews, Trustee**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**

Label Matrix for local noticing
113A-3
Case 3:10-bk-01605-PMG
Middle District of Florida
Jacksonville
Fri Oct  7 10:19:02 EDT 2011

CitiFinancial, Inc
P.O. Box 140489
Irving, TX 75014-0489

Citicorp Trust Bank
P O Box 140489
Irving TX 75014-0489

A.R.M., Inc
P.O.Box 277690
Jacksonville, FL 32221

AT&T
5207 Normandy Blvd
Jacksonville, FL 32205-4827

American Infosource Lp As Agent for
Target
PO Box 248866
Oklahoma City, OK  73124-8866

American Infosource Lp As Agent for
World Financial Capital Bank Assignee/
Hsn
PO Box 248872
Oklahoma City, OK  73124-8872

BCC Financial Management Ser
P.O.Box 48458
Oak Park, MI 48237-6058

BCC Financial Management Ser
P.O.Box 490537
Fort Lauderdale, FL 33349-0537

Baptist Medical Center
P.O.Box 32232
Jacksonville, FL 32232

Baptist Medical Center
P.O.Box 45094
Jacksonville, FL 32232-5094

(p)BAPTIST PRIMARY CARE INC
P O BOX 44004
JACKSONVILLE FL 32231-4004

Barclays Card Services
P.O.Box 13337
Philadelphia, PA 19101-3337

Jeffrey R Becker
Hiday & Ricke PA
Post Office Box 550858
Jacksonville, FL 32255-0858

Borland Groover Clinic
4800 Belfort Road
Jacksonville, FL 32256-6004

Citi Financial
P.O.Box 22060
Tempe, AZ 85285-2060

Citi Financial
P.O.Box 6931
The Lakes, NV 88901-6931

Community First Credit Union
623 N. Main Street
Jacksonville, FL 32202-3011

Community First Credit Union of Florida
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Drs. Mori, Bean & Brooks,
P.O.Box 116700
Atlanta, GA 30368-6700

Elizabeth Ann Ramirez
2117 Brian Lakes Drive North
Jacksonville, FL 32221-3847

Emergency Resources Group
P.O.Box 11349
Daytona Beach, FL 32120-1349

Flagstar Bank, FSB
5151 Corporate Dr.
S-124-3
Troy, MI 48098-2639

Flagstar Mortgage
5151 Corporate Drive
Troy, MI 48098-2639

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC Retail
7680 Carol Stream
Carol Stream, IL 60116-0001

HSN
P.O.Box 659707
San Antonio, TX 78265-9707

ICON/PET/CT Center of N. FL
P.O.Box 850001
Orlando, FL 32885-0001

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney
P.O.Box 960090
Orlando, FL 32896-0090

Jacksonville Orthopaedic In.
1325 San Marco Blvd
Suite # 200
Jacksonville, FL 32207-8566

M.G. Credit
P.O.Box 61899
Jacksonville, FL 32236-1899

McIver Urological Clinic
P.O.Box 850001
Orlando, FL 32885-0001

Thobius L Ngonyani
Thobius Ngonyani, P.A.
10175 Fortune Parkway
Suite 803
Jacksonville, FL 32256-6754

OPHRYS, LLC
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

John Wilred Ramirez
2117 Brian Lakes Drive North
Jacksonville, FL 32221-3847

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Respiratory CC & Sleep Medic
800 Prudential Drive
4 North Main Building
Jacksonville, FL 32233

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Target
P.O.Box 59317
Minneapolis, MN 55459-0317

United States Trustee - JAX 7 7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Baptist Primary Care Inc
P.O.Box 31674
Tampa, FL 33631

(d)Baptist Primary Care Inc.
P.O.Box 31674
Tampa, FL 33631

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Elizabeth Ann Ramirez
2117 Brian Lakes Drive North
Jacksonville, FL 32221-3847

End of Label Matrix
Mailable recipients      44
Bypassed recipients       2
Total                    46